UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:17-cv-40-RLV
(5:14-cr-67-RLV-1)

| | | |
|---|---|---|
| DASHAWN RAQUAN HUNT., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on a review of Petitioner's pro se Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255. (Doc. No. 1.) Petitioner seeks relief under Johnson v. United States, 135 S. Ct. 2551 (2015).

On November 17, 2015, the judges of this Court issued a Standing Order appointing the Federal Defenders of Western North Carolina to represent any defendant who was previously determined to have been entitled to appointment of counsel, or who is now indigent, to determine if that defendant is eligible for relief under Johnson. Standing Order in re: Johnson v. United States, No. 3:13-mc-00196-FDW (W.D.N.C. Nov. 17, 2015). Petitioner was previously determined to be indigent.

Petitioner appears to fall within the purview of this Court's Standing Order. The Court will provide the Federal Defender sixty (60) days to review the Petitioner's case and to file a supplement, if any, to the Petitioner's Motion to Vacate.

**IT IS, THEREFORE, ORDERED** that no later than sixty (60) days from entry of this Order, the Federal Defenders of Western North Carolina shall file a supplement to Petitioner's motion to vacate *or* notice that it does not intend to enter an appearance in this action.

1

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order to Petitioner and the Federal Defenders of Western North Carolina.

Signed: February 27, 2017

Richard L. Voorhees
United States District Judge