# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL CASE NO. 5:17-cv-40-FDW
## CRIMINAL CASE NO. 5:14-cr-67-FDW-DCK-1

| | |
|---|---|
| DASHAWN RAQUAN HUNT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Petitioner's motion, through counsel, requesting that the Court continue holding this action in abeyance, pending a decision by the United States Supreme Court in United States v. Davis, No. 18-431 (pet'n granted Jan. 4, 2019). (Doc. No. 6). According to the Petitioner's motion, the Government does not object to its request. (Id.).

Based on the reasons given by Petitioner, and without objection by the Government, the Court concludes that Petitioner's motion should be granted.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Petitioner's motion to continue holding this case in abeyance, (Doc. No. 6), is hereby **GRANTED** and this matter is hereby held in abeyance pending the Supreme Court's decision in United States v. Davis, No. 18-431 (pet'n granted Jan. 4, 2019). Thereafter, counsel for Petitioner shall have 30 days from the date the Supreme Court issues its decision in Davis in which to supplement the motion to vacate, which was originally filed pro se by Petitioner. After Petitioner files a memorandum supplementing Petitioner's motion to vacate, the Government shall then have 60 days in which to file a response.

1

**IT IS SO ORDERED.**

Signed: March 7, 2019

Frank D. Whitney
Chief United States District Judge