# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Dashawn Raquan Hunt,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:17-cv-00040-KDB |
| | ) | 5:14-cr-00067-KDB-DCK |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2020 Order.

January 14, 2020

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court